UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BENHAM,

    Plaintiff,                                         Case No. 1:17-cv-00864-RJJ-PJG

v                                                    Hon. Robert J. Jonker

ALLIED COLLECTION SERVICES, INC.,

    Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

    The Plaintiff hereby dismisses the within action against Defendant Allied Collection Services, Inc., with prejudice and without costs to either party.

                                                     Respectfully submitted

April 9, 2018                              /s/ Gary Nitzkin_____
                                                     GARY D. NITZKIN (P41155)
                                                     Attorney for Plaintiff
                                                     22142 West Nine Mile Road
                                                     Southfield, MI 48033
                                                     (248) 353-2882
                                                     gary@crlam.com